UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAYLON SMITH | ) |
| | ) |
| On behalf of himself and all others similarly situated, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| SWEET HOME HEALTHCARE OF OHIO, LLC, et al. | ) ) |
| Defendants. | ) |

**CONSENT FORM**

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action lawsuit. I agree to be represented by The Tittle & Perlmuter Law Firm and The Fuchs Firm LLC. I understand that by filing this consent, I will be bound by the judgment of the Court on all issues, whether favorable or unfavorable.

_____
Signature

Jaylon Smith
Printed Name

12/21/2020
Date