AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| Jaylon Smith | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:22-cv-01894 |
| Sweet Home Healthcare of Ohio | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sweet Home Healthcare of Ohio, LLC
8061 Euclid Ave.
Cleveland, OH 44103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott Perlmuter
4106 Bridge Ave.
Cleveland, OH 44113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-01894

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joshua B. Fuchs
was received by me on *(date)* December 14, 2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Debbie , who is
designated by law to accept service of process on behalf of *(name of organization)* Sweet Home
Healthcare of Ohio on *(date)* Jan. 11, 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 1/11/2023

*Server's signature*

Joshua B. Fuchs, attorney for Plaintiff
*Printed name and title*

24870 Fairmount Blvd
Beachwood, Ohio 44122
*Server's address*

Additional information regarding attempted service, etc:

Service perfected by handing summons and complaint to Debbie, front desk employee of Defendant at Defendant's business located at 8061 Euclid Avenue, Cleveland, Ohio 44113

Print | Save As... | Reset